1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

**FILED**
AUG 0 8 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE TRACKING OF ) SW NO. 1:14SW 00156 GSA
)
Vehicle: Black 2006 Honda S2000 ) **UNDER SEAL**
Compact Vehicle bearing )
California License Plate 7FUJ830 ) SEALING ORDER
)

The United States of America, having applied to this Court, for an Order permitting it to file the tracking warrant, application, and affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the tracking warrant, application, and affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 8/7/14

_____
U.S. MAGISTRATE JUDGE