1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   PATRICK R. DELAHUNTY
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America



**FILED**

**NOV 13 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK



8
9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

| | |
|---|---|
| 1  UNITED STATES OF AMERICA, | ORDER TO UNSEAL SEARCH WARRANTS AND OTHER COURT ORDERS |
| 2                    Plaintiff, | CASE NO: |
| 3            v. | 1. 1:14-SW-00110 GSA, Tracking Warrant Application |
| 4  BRANDON THOMAS ET AL., | |
| 5                    Defendants. | 2.      1:14-SW-0046 BAM, Order/Application for Order Granting Delay Notification of Prior Order |

1.   1:14-SW-00110 GSA, Tracking Warrant Application

2.      1:14-SW-0046 BAM, Order/Application for Order Granting Delay Notification of Prior Order

3.      1:14-SW-00110 GSA, Order/Application for Order Nunc Pro Tunc for Delay of Notification

4.      1:14-SW-00146 BAM, Order/Application for Order Striking and Sealing Prior Delay of Notification

5.      1:14-SW-00116 GSA, Tracking Warrant and Application

6.      1:14-SW-00116, Order/Application for Order Granting Authorization to Delay Notification of Prior Order

7.      1:14-SW-00146 BAM, Tracking Warrant and Application

8.      1:14-SW-00146 BAM, Order/Application for Order Granting Authorization to Delay Notification of Prior Order

9.      1:14-SW-00176 GSA, Search Warrant and Application

10.      1:14-SW-00156 GSA, Tracker Warrant and Application

11.      1:14-SW-00156 GSA, Order/Application for Order Granting Authorization to Delay Notification of Prior Order

12.      1:14-SW-00158 GSA, Search Warrant and Application

13.      1:14-SW-00158 BAM, Search Warrant and Application

14.      1:14-SW-00186 BAM, Search Warrant and Application

15.      1:14-SW-00200 GSA, Search Warrant and Application

16.      1:14-SW-00217 GSA, Search Warrant and Application

5

17.     1:14-SW-0202 GSA, Tracking Warrant and Application

The Warrant Papers, defined in the Application and Exhibit 1, in the above-referenced matter, were sealed by United States Magistrate Judges in the Eastern District of California, Fresno Courthouse.

IT IS HEREBY ORDERED that the following documents to be unsealed as to the defendants for discovery purposes:

1. Tracking Warrant and Application, filed August 8, 2014, 1:14-sw-00110-GSA.

2. Order/Application for Order Granting Authorization to Delay Notification of Prior Order, filed August 27, 2014, 1:14-sw-00146-BAM.

3. Order/Application for Order Nunc Pro Tunc for Delay of Notification, filed October 1, 2014, 1:14-sw-00110-GSA.

4. Order/Application for Order Striking and Sealing Prior Delay of Notification, filed October 1, 2014, 1:14-sw-00146-BAM.

5. Tracking Warrant and Application, filed June 23, 2014, 1:14-sw-00116-GSA.

6. Order/Application for Order Granting Authorization to Delay Notification of Prior Order, filed September 5, 2014, 1:14-sw-00116-GSA.

7. Tracking Warrant and Application, filed July 30, 2014, 1:14-sw-00146-BAM.

8. Order/Application for Order Granting Authorization to Delay Notification of Prior Order, signed on October 10, 2014 filed October 24, 2014, 1:14-sw-00146-BAM.

9. Search Warrant and Application, filed on September 10, 2014, 1:14-sw-00176-GSA.

10. Tracker Warrant and Application, filed on August 8, 2014, 1:14-sw-00156-GSA.

11. Order and Application for Order Granting Authorization to Delay Notification of Prior Order, signed on October 10, 2014 filed October 24, 2014, 1:14-sw-00156-GSA.

12. Search Warrant and Application, filed on August 14, 2014, 1:14-sw-00158-GSA.

6

13. Search Warrant and Application, filed on September 29, 2014, 1:14-sw-00185-BAM.

14. Search Warrant and Application, filed on September 29, 2014, 1:14-sw-00186-BAM.

15. Search Warrant and Application, filed on October 10, 2014, 1:14-sw-00200-GSA.

16. Search Warrant and Application, filed on October 20, 2014, 1:14-sw-00217-GSA.

17. Tracking Warrant and Application, filed on October 17, 2014, 1:14-sw-00202-GSA.

DATED:  This _12th_ day of November, 2014

Hon. STANLEY S. BOONE
U.S. Magistrate Judge